IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEMAIL TECHNOLOGIES, LLC ) | |
| ) | |
| Plaintiff, ) | C. A. No.:  17-1474-JFB-SRF |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| HUBSPOT, INC., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION AND PROPOSED ORDER TO EXTENDING TIME TO RESPOND TO COMPLAINT

Plaintiff TrueMail Technologies, LLC ("Plaintiff") and Defendant Hubspot, Inc. ("Hubspot"), by and through their undersigned counsel, hereby stipulate, subject to approval by the Court, that Hubspot's time to move, answer or otherwise respond to the Complaint shall be extended through and including March 16, 2018, to permit further investigation of the matters alleged in the Complaint.

| FARNAN LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Brian E. Farnan* | */s/ Melanie K. Sharp* |
| Brian E. Farnan (No. 4089) | Melanie K. Sharp (No. 2501) |
| Michael J. Farnan (No. 5165) | James L. Higgins (No. 5021) |
| 919 N. Market Street, 12th Floor | 1000 North King Street |
| Wilmington, DE  19801 | Wilmington, DE  19801 |
| (302) 777-0300 | (302) 571-6600 |
| bfarnan@farnanlaw.com | msharp@ycst.com |
| mfarnan@farnanlaw.com | jhiggins@ycst.com |
| *Attorneys for TrueMail Technologies, LLC* | *Attorneys for Hubspot, Inc.* |

Dated: March 9, 2018

SO ORDERED this _____ day of _____, 2018.

_____
United States District Judge

01:22967031.1