IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRUEMAIL TECHNOLOGIES, LLC | ) | |
| | ) | |
| Plaintiff, | ) | C. A. No.:  17-1474-JFB-SRF |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| HUBSPOT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff TrueMail Technologies, LLC and Defendant HubSpot, Inc., by and through undersigned counsel, hereby stipulate that this action and all claims asserted therein be dismissed without prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

| | |
|---|---|
| FARNAN LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Michael J. Farnan*<br>_____ | */s/ Melanie K. Sharp*<br>_____ |
| Brian E. Farnan (No. 4089)<br>Michael J. Farnan (No. 5165)<br>919 N. Market Street, 12th Floor<br>Wilmington, DE  19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com | Melanie K. Sharp (No. 2501)<br>James L. Higgins (No. 5021)<br>1000 North King Street<br>Wilmington, DE  19801<br>(302) 571-6600<br>msharp@ycst.com<br>jhiggins@ycst.com |
| HARDY PARRISH YANG, LLP<br>William M. Parrish<br>Victor G. Hardy<br>Spicewood Business Center<br>4412 Spicewood Springs Rd., Suite 202<br>Austin, TX  78759<br>(512) 520-9407 | PROSKAUER ROSE LLP<br>Steven M. Bauer<br>Safraz W. Ishmael<br>One International Place<br>Boston, MA  02110-2600<br>(617) 526-9600 |
| *Attorneys for TrueMail Technologies, LLC* | *Attorneys for HubSpot, Inc.* |

SO ORDERED this _____ day of _____, 2018.

_____
United States District Judge